Judge Brooks,                          10-29-2024
        I'm writing today in regards to
status points. When I was sentenced
back in 2021 I was given 2 status
points because I was on parole
when I caught my federal case.
I was category 5 with 12 points,
but you put me at category 6
because of my past prison priors.
My guidelines were 235-293 months.
But you gave me a downward variance
at 180 months. What I'm trying
to figure out is if I qualify for
a sentence reduction? Due to the
changes regarding status points.
That 12 points would drop down
to 11. Would that then drop me
back to a category 5? Please
help me to understand this.
Since my incarceration I've completed
numerous programs and classes, and
have maintained employment, and
have been paying on my fine. which
I should have paid in full by this time
next year.

                        (next pg.)

I'm currently at the camp in Forest City Arkansas, which offers no type of vocational classes or RDAP. I'm trying to be transferred to Arizona (which you recommended) so that I'd be closer to my family and father who has liver cancer and is undergoing immuno-therapy treatment. Which leads me to my next question. How to I go about a compassionate release?

If you could please provide me with info into the status points/reduction of time and if I qualify it would be greatly appreciated. Thank you for your time and consideration in regards to this matter.

Respectfully,
Brandon Hale

Brandon Hale #44763-509
F.C.C. Forest City Camp
P.O. Box 8000
Forest City, Ar. 72336

MEMPHIS TN 380

29 OCT 2024 PM 1 L

As in past
USPS is re
If you choose to
please mail ear

FREEDOM

Received WD/AR

NOV 04 2024

U.S. Clerk's Office

Attn: Judge Brooks
John Paul Hammersmith Federal Building
35 East Mountain St. Rm. 510
Fayetteville, Ar. 72701

72701-535335